IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUBEN GONZALES, <br> TDCJ-CID No. 02188528, | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| v. | § <br> § | 2:21-CV-071-Z-BR |
| SANDRA L. WATTS, *et al.*, | § <br> § <br> § | |
| Defendants. | § | |

## FINDINGS, CONCLUSIONS AND RECOMMENDATION TO DISMISS COMPLAINT

On November 28, 2022, the Court docketed Plaintiff's "Motion to Dismiss/Abandon Said Civil Case," in which Plaintiff indicates that he "does not wish to entertain this said civil case any further in any way, form, or fashion." (ECF 13). The undersigned interprets this pleading as a self-executing notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the filing of which divested the Court of jurisdiction. *See Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010).

For that reason, it is the recommendation of the undersigned that the complaint filed by Plaintiff be dismissed and the Clerk be directed to close this action.

### INSTRUCTIONS FOR SERVICE

The United States District Clerk is directed to send a copy of these Findings, Conclusions and Recommendation to each party by the most efficient means available.

IT IS SO RECOMMENDED.

ENTERED February 3, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

## *  **NOTICE OF RIGHT TO OBJECT**  *

Any party may object to these proposed findings, conclusions and recommendation. In the event parties wish to object, they are hereby NOTIFIED that the deadline for filing objections is fourteen (14) days from the date of filing as indicated by the "entered" date directly above the signature line. Service is complete upon mailing, Fed. R. Civ. P. 5(b)(2)(C), or transmission by electronic means, Fed. R. Civ. P. 5(b)(2)(E). **Any objections must be filed on or before the fourteenth (14th) day after this recommendation is filed** as indicated by the "entered" date. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b)(2); *see also* Fed. R. Civ. P. 6(d).

Any such objections shall be made in a written pleading entitled "Objections to the Findings, Conclusions and Recommendation." Objecting parties shall file the written objections with the United States District Clerk and serve a copy of such objections on all other parties. A party's failure to timely file written objections shall bar an aggrieved party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings, legal conclusions, and recommendation set forth by the Magistrate Judge and accepted by the district court. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1), *as recognized in ACS Recovery Servs., Inc. v. Griffin*, 676 F.3d 512, 521 n.5 (5th Cir. 2012); *Rodriguez v. Bowen,* 857 F.2d 275, 276-77 (5th Cir. 1988).