IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR - 6 2023

CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| RUBEN GONZALES,<br>TDCJ-CID No. 02188528,<br><br>   Plaintiff,<br><br>v.<br><br>SANDRA L. WATTS, *et al.*,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§   2:21-CV-071-Z-BR<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States

Magistrate Judge to dismiss the civil rights claim filed by the Plaintiff in this case based on

Plaintiff's voluntary dismissal. (ECF 15; *see also* ECF 13). No objections to the findings,

conclusions, and recommendation have been filed. After making an independent review of the

pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and

recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings,

conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is

**DISMISSED WITHOUT PREJUDICE**.

   **IT SO ORDERED**.

March _6_, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE